1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10

11   RAYMOND HOWARD CARLSON,        )       No. SACV 08-0857-CJC(RC)
                                    )
12                   Plaintiff,     )
                                    )
13   vs.                            )       JUDGMENT
                                    )
14   COMMISSIONER OF SOCIAL         )
     SECURITY,                      )
15                                  )
                     Defendant.     )
16   _____)

17

18        IT IS ADJUDGED that Judgment shall be entered in favor of

19   defendant.

20

21   DATED: _January 28, 2010_

22                                        _____
                                             CORMAC J. CARNEY
23                                        UNITED STATES DISTRICT JUDGE

24

25

26   R&R-MDO\08-0857.JUD
     1/7/10

27

28